# ATTACHMENT 1

FILED/REC'D
2023 MAY 15 A 10: 12
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Joseph Zloza

vs

(Full name of defendant(s))

City of Mauston

City of New Lisbon

Undercover cop named aaron Lemay (child abuser / sexual predator)

Case Number:

**23 CV 319 WMC**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __W1723 Sivernagel rd, New Lisbon, WI 53950__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant _City of Mauston, City of New Lisbon_
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. City of Mauston and New Lisbon, Undercover Cop named Aaron Lamey.

2. I was sexually harrassed with threats by this undercover cop. He said he would put me in a dress a fuck me. Called me Beautiful. Then abuses Children by screaming and threating them. Giving me PTSD, Anxiety 3 2022 to present

4. W7723 Silvernagel Rd, New Lisbon, WI, 53950

5. Queer Bastard, emotional abuser.

Case: 3:23-cv-00319-wmc Document #: 1 Filed: 05/15/23 Page 4 of 5

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

500 Billion

Attachment One (Complaint) – 4

E.  JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
       OR
☒ Court Trial – I want a judge to hear my case

Dated this 9th day of May 2023.

Respectfully Submitted,

_____
Signature of Plaintiff

608-5217-1818
Plaintiff's Telephone Number

Joaz1oza2@gmail.com
Plaintiff's Email Address

W7723 S.Juernagell rd, New Lisbon, WI 53951

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.