Joseph Zloze
W7723 Silvernagel rd
New Lisbon, WI, 53950



United States District Court
120 N. Henry St. Rm. 320
Madison, WI 53703