IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH ZLOZA,

    Plaintiff,

v.

CITY OF MAUSTON, CITY OF NEW LISBON AND
UNDERCOVER COP NAMED AARON LEMAY,

    Defendants.

ORDER

Case No.  23-cv-319-wmc

---

JOSEPH ZLOZA,

    Plaintiff,

v.

WABASH NATIONAL
AND CREEPY UNDERCOVER FEDERAL AGENT,

    Defendants.

ORDER

Case No.  23-cv-320-wmc

---

Plaintiff Joseph Zloza has filed a proposed civil complaint in the above referenced cases. Plaintiff seeks to commence these lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.  From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing each of these actions or to give security therefor.

    IT IS ORDERED that:

    1.    Plaintiff Joseph Zloza's petition for leave to proceed without prepayment of fees is GRANTED.

    2.    No further action will be taken in these cases until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because

the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Once the screening process is complete, a separate order will issue.

    Entered this 16th day of May, 2023.

                BY THE COURT:

                /s/
                ANDREW R. WISEMAN
                United States Magistrate Judge