IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH ZLOZA,

    Plaintiff,

v.

                                      Case No.  23-cv-319-wmc

CITY OF MAUSTON,
CITY OF NEW LISBON and
UNDERCOVER COP NAMED AARON
LEMAY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ Deputy Clerk | 8/01/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |